IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  ASBESTOS PRODUCTS | ) | |
| LIABILITY LITIGATION | ) | |
| (NO. VI) | ) | MDL 875 |
| _____ | ) | |
| | ) | |
| This Document Relates To: | ) | |
| _____ | ) | |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| ALEX FRANKLIN FERRELL, JR., | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. |
| | ) | 0:08-CV-116 |
| AQUA-CHEM, INC., et al., | ) | |
| | ) | |
|     Defendants. | ) | |
| _____ | ) | |

### SHORT FORM ANSWER ON BEHALF OF DEFENDANT
### A.W. CHESTERTON COMPANY TO PLAINTIFFS' COMPLAINT

Defendant, A. W. Chesterton Company, by and through its undersigned counsel, and in response to Plaintiffs' Complaint hereby serves this Short Form Answer pursuant to the August 20, 1986, Order of the Honorable Charles R. Weiner in the United States District Court of the Eastern District of Pennsylvania, Miscellaneous Docket No. 86-0457.

Defendant A. W. Chesterton Company is a corporation organized and existing under the laws of a state other than the state of South Carolina.  All other allegations contained in Plaintiffs' Complaint are deemed denied pursuant to the aforesaid Order.

786808-1

Defendant A. W. Chesterton Company hereby incorporates by reference all defenses asserted in Defendants' Master Affirmative Defenses as if the same were fully set forth at length.  Further, all Cross-Claims by A. W. Chesterton Company and A. W. Chesterton Company's denial of Cross-Claims by other Defendants are implied pursuant to the above-referenced Order.

Dated: February 4, 2008.


Respectfully submitted,


*s/Jennifer M. Techman___*
Jennifer M. Techman, Esq.
SC Federal Bar No. 8028
SC State Bar No. 70202
EVERT WEATHERSBY HOUFF
3405 Piedmont Road
Suite 200
Atlanta, Georgia 30305
JMTechman@EWHlaw.com
Tel:  (678) 651-1200
Fax:  (678) 651-1201

Attorney for Defendant
A.W. Chesterton Company

786808-1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ASBESTOS PRODUCTS        )
LIABILITY LITIGATION             )
(NO. VI)                         )
_____)
                                 )
This Document Relates To:        )
_____)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

ALEX FRANKLIN FERRELL, JR.,       )
                                  )
     Plaintiff,                   )
                                  )
vs.                               )CIVIL ACTION NO.
                                  )0:08-CV-116
AQUA-CHEM, INC., et al.,          )
                                  )
     Defendants.                  )
_____)

## CERTIFICATE OF SERVICE

     This is to certify that I have this day served a copy of

Defendant A.W. Chesterton Company's Answer and Affirmative

Defenses via electronic transmission.

     This the 4th Day of February, 2008.

                         *s/Jennifer M. Techman___*
                         Jennifer M. Techman, Esq.
                         EVERT WEATHERSBY HOUFF
                         3405 Piedmont Road
                         Suite 200
                         Atlanta, Georgia 30305
                         JMTechman@EWHlaw.com
                         Tel:  (678) 651-1200
                         Fax:  (678) 651-1201

786808-1